```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

EVANGELINA RODRIGUEZ and
JASON DAVIDSON, Individually and
on Behalf of Others similarly Situated                PLAINTIFFS

    V.                     Civil No. 19-5035

GEORGE'S, INC.                                        DEFENDANTS

## O R D E R

On August 14, 2020, the parties executed a written settlement agreement after participating in a settlement conference conducted by the undersigned on July 28, 2020. The undersigned presided over the settlement conference and the parties have consented to the jurisdiction of a Magistrate Judge. The undersigned approves the settlement agreement as fair and reasonable.

The settlement agreement resolves the Plaintiffs' claims and the parties agreed to present the issue of attorney's fees and costs to the Court. Plaintiffs' counsel shall have 14 days from the date of this order to file a motion for attorney's fees and costs. Defense counsel shall have 14 days thereafter to file a response.

Having participated in the settlement negotiations, it would not be appropriate for the undersigned to rule on the motion for attorney's fees and costs. Accordingly, once the motion is filed, it will be referred to another Magistrate Judge, as the parties have consented to Magistrate Judge jurisdiction. Once the motion

has been ruled on, the undersigned will enter an order of dismissal pursuant to the terms of the settlement agreement.

IT IS SO ORDERED this 20th day of August, 2020.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE