| Date | | Amount | Description |
|---|---|---|---|
| 2019-02-19 | | $400.00 | Filing Fee |
| 2019-06-21 | | $70.00 | Copies |
| 2019-11-26 | | $753.50 | Hotel Room for Sr and LH for Depositions in Fayetteville, AR |
| 2019-03-03 | | $95.00 | Service Fee to APS |
| 2019-12-06 | | $259.64 | Hotel Room for LH for Depositions in Fayetteville, AR |
| **Total** | Sum | $1,578.14 | |