```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

EVANGELINA RODRIGUEZ and
JASON DAVIDSON, Individually and
on Behalf of Others similarly Situated           PLAINTIFFS

    V.                    Civil No. 19-5035

GEORGE'S, INC.                                   DEFENDANTS

## ORDER OF DISMISSAL

On August 14, 2020, the parties executed a written settlement agreement after participating in a settlement conference conducted by the undersigned on July 28, 2020. The undersigned presided over the settlement conference and the parties consented to the jurisdiction of a Magistrate Judge.

The settlement agreement resolved the Plaintiffs' claims and the parties agreed to present the issue of attorney's fees and costs to the Court. The undersigned approved the settlement agreement as fair and reasonable and referred the Plaintiff's motion for attorney's fees and costs to United States Magistrate Judge Barry A. Bryant.[1] On March 23, 2021, Judge Bryant entered an order granting in part and denying in part Plaintiff's motion for attorney's fees and costs. (Doc. 70.)

---

[1] The parties consented to Magistrate Judge jurisdiction. Having participated in the settlement negotiations, the undersigned found that it would be appropriate to refer the motion for attorney's fees and costs to another Magistrate Judge. Accordingly, the motion was referred to Magistrate Judge Bryant for resolution.

As the issue of attorney's fees and costs has now been resolved, this action is hereby DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement and payment of the ordered attorney's fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 23rd day of March, 2021.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE